RECEIVED
JUN 12 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| RONNIE WILLIAMS | * | CIVIL ACTION NO. 12-0522 |
| VERSUS | * | JUDGE JAMES T. TRIMBLE, JR. |
| DONNIE ADAMS, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's complaint, be, and is hereby **DISMISSED**. Fed.R.Civ.P. 41(b); LR 41.3W.

THUS DONE AND SIGNED in chambers, Alexandria, Louisiana, this 12th day of _____, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE